RECEIVED
IN MONROE, LA

FEB 0 8 2007
Ѭ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES ROLAND, JR., ET AL. | CIVIL ACTION NO. 06-0596 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TRAVEL CENTERS OF AMERICA, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM RULING

Before the Court is Plaintiffs' Motion to Reconsider [Doc. No. 25] the Court's Order to Strike [Doc. No. 22] Plaintiffs' memorandum in opposition to Defendants' Motion for Summary Judgment. Plaintiffs claim that they have corrected the memorandum's deficiencies.

For the following reasons, Plaintiffs' Motion to Reconsider is DENIED.

## I. FACTS AND PROCEDURAL HISTORY

On December 15, 2006, Defendants filed a Motion for Summary Judgment [Doc. No. 16].

On December 18, 2006, a Notice of Motion Setting was issued stating that "[a]ny opposition brief shall be due fifteen calendar days from the date of this notice." [Doc. No. 17].

On January 12, 2007, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 18] recommending that Defendants' Motion for Summary Judgment be granted.

On January 23, 2007, Plaintiffs filed an objection to the Report and Recommendation [Doc. No. 19]. On the same day, Plaintiffs filed a memorandum in opposition to Defendants'

1

Motion for Summary Judgment styled as a "Statement of Contested Facts in Opposition to Defendants [sic] Motion for Summary Judgment" [Doc. No. 20].

On January 25, 2007, Plaintiffs received a Notice of Deficient Document [Doc. No. 21] because their memorandum in opposition did not include a table of contents and separate statement of material facts.

On January 26, 2007, the Court struck Plaintiffs' memorandum in opposition as untimely [Doc. No. 22].

On February 1, 2007, Plaintiffs filed a table of contents and separate statement of material facts [Doc. No. 24] and a Motion to Reconsider [Doc. No. 25].

On February 6, 2007, Defendants filed a Memorandum in Opposition to Plaintiffs' Motion to Reconsider [Doc. No. 26].

## II. LAW AND ANALYSIS

Under Local Rule 7.5W, if a party opposes a motion, "... he or she shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, **within 15 days** after service of the motion." LR7.5W (emphasis added).

An opposition to Defendants' Motion for Summary Judgment was due by January 2, 2007. *See* LR7.5W; Doc. No. 17. The Court struck Plaintiffs' memorandum in opposition because it was not filed until January 23, 2007. Although Plaintiffs have corrected the memorandum's deficiencies, they have failed to explain why their memorandum was untimely.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs' Motion to Reconsider [Doc. No. 25] is DENIED.

MONROE, LOUISIANA, this  8  day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE