RECEIVED
IN MONROE, LA

FEB 1 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES ROLAND, JR., ET AL. | CIVIL ACTION NO. 06-0596 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TRAVEL CENTERS OF AMERICA, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], together with the written objections thereto filed with this Court [Doc. Nos. 19 & 23], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 16] is GRANTED, and Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 14 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION